

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Jesus Munoz and Randy Munoz,      \* From the County Court at Law
of Ector County,
Trial Court No. CC-26450.

Vs. No. 11-17-00365-CV      \* January 9, 2020

Kenneth William Kuethe, Jr.,      \* Memorandum Opinion by Wright, S.C.J.
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the judgment of the trial court, and we remand this cause to the trial court for further proceedings. The costs incurred by reason of this appeal are taxed one-half against Jesus Munoz and Randy Munoz and one-half against Kenneth William Kuethe, Jr.